160 A.3d 787

**Earl D. HALL Sr.; Betty Jane Hall; and Earl D. Hall, Jr., on behalf of Themselves and All Others Similarly Situated, Petitioners**

v.

**CNX GAS COMPANY, LLC, in Its Own Right and as Successor-in-Interest to Consol Gas Company, LLC, Respondent**

**No. 188 WAL 2016**

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.